## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **BETHANY S.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 1:22-cv-00155-JDL** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | |
| **Acting Commissioner of** | ) | |
| **Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Bethany S. seeks judicial review of the Social Security Administration Commissioner's final decision determining that she is not disabled and denying her applications for disability insurance benefits and supplemental security income (ECF No. 1).  Pursuant to 28 U.S.C.A. § 636(b)(3) (West 2023) and D. Me. Local R. 16.3(a)(2), United States Magistrate Judge Karen Frink Wolf held a hearing on the claimant's Statement of Errors (ECF No. 18) on March 14, 2023.  The Magistrate Judge filed her Recommended Decision with the Court on June 6, 2023 (ECF No. 28), recommending that the Court vacate the Commissioner's decision.  The time within which to file objections has expired, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in her

Recommended Decision.  It is therefore **ORDERED** that the Recommended Decision (ECF No. 28) of the Magistrate Judge is hereby **ACCEPTED**, the Commissioner's decision is **VACATED**, and the matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C.A. § 405(g) (West 2023) for further administrative action consistent with this opinion.

**SO ORDERED.**

**Dated this 1st day of August, 2023.**

_____/s/ Jon D. Levy_____
**CHIEF U.S. DISTRICT JUDGE**